IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN THE MATTER OF:　　　　　　　　　　　　　　　CHAPTER 7
SYLVIA GUNTHER　　　　　　　　　　　　　　　　CASE NO. 24-10735

　　　　　　　　　Debtor(s)　　　　　　　　　　　TRUSTEE'S FILE NO.

## TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

| | VALUE | CLAIMED AS EXEMPTION | ABANDONED |
|---|---|---|---|
| **Real Estate** | | | |
| 620 West Lane, Thomson, GA 30824 | $60,465.00 | $22,700.00 | |
| **Cars, vans, trucks, tractors, SUV's, motorcycles** | | | |
| 2011 Ford Focus Mileage: 167,117 | $3,000.00 | $1,900.00 | |
| 2010 Ford Focus Mileage: 176,980 | $3,000.00 | $544.00 | |
| 2003 Chevrolet Silverado 1500 Mileage: 269,219 | $1,500.00 | $1,500.00 | |
| **Watercraft, aircraft, motor homes, ATVs/rec. vehicles** | | | |
| **Household Goods/Furnishings** | $820.00 | $820.00 | |
| **Electronics** | $370.00 | $370.00 | |
| **Collectibles of value** | | | |
| **Equipment for sports and hobbies** | | | |
| **Firearms** | | | |
| **Clothes (Includes furs, designer wear, shoes, accessories)** | $300.00 | $300.00 | |
| **Jewelry** | | | |
| **Non-farm animals** | | | |
| **Cash on Hand** | $0.00 | $0.00 | |
| **Deposits in banks, etc.** | | | |
| Checking account: Farmers State Bank (approximate balance) | $0.00 | $0.00 | |
| **Stocks/Bonds** | | | |
| **Business Interests** | | | |
| **Pension/Retirement** | | | |
| **Licenses, franchises, and other general intangibles** | | | |
| **Insurance policies** | | | |
| Delta Life Insurance Policy- Beneficiary: Debtor's 3 children | $0.00 | $0.00 | |
| **Tax refunds** | | | |
| **Accounts Receivable** | | | |
| **Contingent Claims of Every Nature** | | | |
| Possible post-filing personal injury claim resulting from an automobile accident which occurred in January 2025 | $10,000.00 | $10,000.00 | |
| **Office Equipment** | | | |
| **Machinery/Equipment** | | | |
| **Inventory** | | | |
| **Farm or Comm. Fishing Equip./Supplies/Farm animals** | | | |

**Other Personal Property of Any Kind**

**Other**

NOW COMES, James C. Overstreet, Jr., Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

Dated: April 16, 2025

_____
James C. Overstreet, Jr., Trustee